**Opinion filed June 6, 2024**



In The

# Eleventh Court of Appeals

_____

## No. 11-22-00299-CV

_____

**GLEN D. AARON, II, Appellant**

**V.**

**FLATLAND MINERAL FUND LP; FLATLAND SIDECAR, LLC; FLATLAND GP, LLC; CHARLES DANE HARDY; CONGRESS ENERGY VENTURES LLC; BROADMOOR LAND AND MINERALS, LLC; TODD WALLERSTEIN; BLAKE A. BERNS; AND DEER RIDGE RESOURCES, LLC, Appellees**

**On Appeal from the 118th District Court**
**Glasscock County, Texas**
**Trial Court Cause No. DC-2137-CV**

## MEMORANDUM OPINION

In October, November, and December of 2022, Appellant, Glen D. Aaron, II, filed pro se notices of appeal from the trial court's summary judgment orders and its denial of his motions for rehearing and reconsideration. On April 11, 2024, Glen D. Aaron, IV filed a "notice of [Appellant's] death" and a motion to dismiss in a related appeal, 11-23-00252-CV. In the filing, Aaron stated that he is the executor of Appellant's estate and requested that we dismiss that appeal.

Although this appeal may continue upon Appellant's death, someone must appear on Appellant's behalf because he appeared pro se. *See* TEX. R. APP. P. 7.1(a); *Casillas v. Cano*, 79 S.W.3d 587, 590 (Tex. App.—Corpus Christi–Edinburg 2002, no pet.). In this regard, an executor or administrator of Appellant's estate or an attorney with authority to proceed may appear. *See* TEX. R. CIV. P. 151. Alternatively, an heir may appear by filing a written verification that (1) the person is Appellant's heir, (2) no administration of Appellant's estate is planned or pending, (3) no personal representative has been appointed to Appellant's estate, and (4) no administration of the estate in probate court is necessary or desired by those interested in the estate. *See Casillas*, 79 S.W.3d at 590–91. We note that, although Glen D. Aaron, IV represents that he is the executor of Appellant's estate, the Midland County Clerk's Office has informed this court that it does not have a will on file for Appellant and that no probate proceedings regarding Appellant's estate are pending as of May 31, 2024.

On April 30, 2024, we detailed the requirements above and ordered that any appearance on Appellant's behalf be entered in accordance with our order and filed with this court within thirty days, or by May 30, 2024. We notified the parties that the appeal may be dismissed if no such appearance was made. To date, no appearance has been made or entered in accordance with our order.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(b), (c).


W. BRUCE WILLIAMS
JUSTICE

June 6, 2024

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

2